## COSULICH SOCIETA TRIESTINA DI NAVIGAZIONE v. ELTING, Collector of Customs.

### No. 62.

Circuit Court of Appeals, Second Circuit.

Dec. 10, 1934.

Martin Conboy, U. S. Atty., of New York City (George B. Schoonmaker, Asst. U. S. Atty., of New York City, of counsel), for appellant.

John M. Lyons, of New York City (J. Alfred Anderson, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

MANTON, Circuit Judge.

The appellee's steamship Vulcania, sailing from Italy to New York, arrived July 9, 1929, carrying a 6 year old alien who, upon arrival was found to be suffering from a ringworm of the scalp, a loathsome and dangerous contagious disease.

This case differs from the case of Lamport & Holt, Ltd., v. Elting (C. C. A. 2) 74 F.(2d) 238, decided this day, in that, while the child was ordered excluded, she was permitted to come in because her father was an American citizen, who requested that the alien be given hospital treatment. This was granted, and she was subsequently cured. There was a lawful admission. Immigration Act 1917, § 22, 8 U. S. C. § 159 (8 USCA § 159). Admission was lawful under the rule of Lloyd Sabaudo Societa v. Elting, 55 F.(2d) 1048 (C. C. A. 2). For the reasons announced in our decision in the case of Lamport & Holt, Ltd., v. Elting, this judgment should be affirmed.

Judgment affirmed.